✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs. Robyn Melodee Gaertner     Docket No.     2:11CR00073-004

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Robyn Melodee Gaertner, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, sitting in the court at Spokane, Washington, on the 18th day of October 2011, under the following conditions:

The defendant was released on October 18, 2011, on the previously ordered conditions of release set in the Western District of Washington by the Honorable Brian A. Tsuchida. It is alleged that the defendant has violated the following conditions:

**Condition: No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.

**Special Condition:** Submit to drug and alcohol testing, to include urinalysis, Breathalyzer, or hand-held devices, as directed by pretrial services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of pretrial services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by pretrial services.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant provided a urine sample that detected the presence of amphetamine and methamphetamine.

**Violation #2:** The defendant provided a urine sample that detected the presence of amphetamine and methamphetamine.

**Violation #3:** The defendant failed to provide urine samples for the purpose of drug testing on four occasions.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     02/28/2012

by     s/Erik Carlson

Erik Carlson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons and
[✓] Other — Defendant shall immediately schedule an intake with the treatment agency and provide proof of scheduling and participation.

_____
Signature of Judicial Officer

02-28-2012
Date